■ In the Matter of MICHAEL EDWARD MONTAGUE, a Disbarred Attorney. [12 NYS3d 583]—

Per Curiam. Michael Edward Montague was admitted to practice by this Court in 2009 and presently resides in the Town of Clifton Park, Saratoga County.

On April 25, 2014, Montague pleaded guilty before Albany County Court (Herrick, J.) to two felony counts of possessing a sexual performance by a child (*see* Penal Law § 263.16). He

failed to report his felony conviction to this Court as required by Judiciary Law § 90 (4) (c).

The Committee on Professional Standards now moves pursuant to Judiciary Law § 90 (4) (a) and (b) to strike Montague's name from the roll of attorneys.

Montague was automatically disbarred and ceased to be an attorney by operation of law in April 2014 when he entered his guilty plea to a felony, which, for attorney discipline purposes, served as the equivalent of a conviction (*see* Judiciary Law § 90 [4]; *Matter of Sanderson*, 119 AD3d 1318, 1318 [2014]; *Matter of Reidy*, 77 AD3d 1276, 1276 [2010]). Consequently, "[the Committee's] motion to strike [Montague's] name from the [roll] of attorneys [is] a formality which merely confirms [Montague]'s disbarred status" (*Matter of Brunet*, 106 AD3d 1443, 1443 [2013]; *see Matter of Sanderson*, 119 AD3d at 1318). This Court's recent reversal of Montague's conviction based upon preindictment delay (130 AD3d 1100 [July 2, 2015]) does not change the result since "[r]eversal of the conviction does not automatically restore the attorney to the [b]ar [and,] [t]o attain this relief, the attorney must make a motion for reinstatement" (*Matter of Toro v Malcolm*, 44 NY2d 146, 152 [1978] [citations omitted]).

Therefore, we grant the Committee's motion and strike Montague's name from the roll of attorneys.

Lahtinen, J.P., McCarthy, Garry and Clark, JJ., concur. Ordered that the motion of the Committee on Professional Standards is granted; and it is further ordered that Michael Edward Montague's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that Michael Edward Montague is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and Montague is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that Michael Edward Montague shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.9).